```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW SCOBLE, Bar #237432
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ROBERT HARPER
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-11-233-MCE |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| ROBERT HARPER, | ) |
| | ) Date: January 26, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for ROBERT HARPER, that the status conference hearing date of November 17, 2011 be vacated, and the matter be set for status conference on January 26, 2012 at 9:00 a.m.

The reason for this continuance is to allow for the preparation of a Pre-Plea Presentence Report.  Mr. Hugo Ortiz from the Probation Department represents that this report can be accomplished by mid to late January 2012.

///

///

Both the prosecution and defense believe that a Pre-Plea Presentence Report is well-advised in this case, and that the time taken to prepare such a report will ultimately facilitate a negotiated disposition of the case. Counsel for defendant, in particular, desires the Pre-Plea Presentence Report as a tool to help advise and explain to his client the ramifications of a guilty plea in this case.

The parties agree and stipulate that the Court should find the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 to allow defense counsel reasonable time to prepare, from the date of the parties' stipulation, November 15, 2011, to and including January 26, 2012. The parties further stipulate and agree that the Court should find the failure to grant the requested continuance in this case would deny counsel for defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: November 15, 2011.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender


                                             /s/ Matthew Scoble
                                             MATTHEW SCOBLE
                                             Designated Counsel for Service
                                             Attorney for ROBERT HARPER


DATED: November 15, 2011.                    BENJAMIN WAGNER
                                             United States Attorney

By: /s/ Matthew Scoble for
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN, the Court adopts the stipulation of the parties in its entirety as its Order. It is ordered that the November 17, 2011, status conference hearing shall be continued to January 26, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties' stipulation, November 15, 2011, up to and including the January 26, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: November 15, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE