DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT HARPER


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-11-233-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME** |
| ROBERT HARPER, | |
| Defendant. | Date:  January 26, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England Jr. |

        IT IS HEREBY STIPULATED by and between the parties hereto through

their respective counsel, SAMUEL WONG, Assistant United States

Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for

ROBERT HARPER, that the status conference hearing date of January 26,

2012, be vacated, and the matter be reset for status conference on

February 16, 2012 at 9:00 a.m.

        The reason for this continuance is to allow for the preparation of

a Pre-Plea Presentence Report.  Mr. Hugo Ortiz from the Probation

Department represents that this report can be accomplished by mid to

late January 2012.  Both the prosecution and defense believe that a

Pre-Plea Presentence Report is well-advised in this case, and that the

time taken to prepare such a report will ultimately facilitate a

negotiated disposition of the case. Counsel for defendant, in particular, desires the Pre-Plea Presentence Report as a tool to help advise and explain to his client the ramifications of a guilty plea in this case, and desires additional time of a few weeks after the receipt of the Pre-Plea Presentence Report to meet and confer with his client to discuss the Pre-Plea Presentence Report and any plea offer from the United States that may arise as result of the preparation of the Pre-Plea Presentence Report.

The parties agree and stipulate that the Court should find the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 to allow defense counsel reasonable time to prepare, from the date of the parties' stipulation, December 2, 2011, to and including February 16, 2012. The parties further stipulate and agree that the Court should

///

///

///

find the failure to grant the requested continuance in this case would

deny counsel for defendant reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.

DATED:   December 2, 2011                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender


                                             /s/ Matthew Scoble
                                             MATTHEW SCOBLE
                                             Designated Counsel for Service
                                             Attorney for ROBERT HARPER


DATED:   December 2, 2011                    BENJAMIN WAGNER
                                             United States Attorney


                                     By:     /s/ Matthew Scoble for
                                             SAMUEL WONG
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN, the Court adopts the stipulation of the parties in its entirety as its Order. It is ordered that the January 26, 2012, status conference hearing shall be continued to February 16, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties' stipulation, December 2, 2011, up to and including the February 16, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: December 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4