| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MATTHEW SCOBLE, Bar #237432 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California  95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | ROBERT HARPER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )  NO. CR.S-11-233-MCE
                                 )
            Plaintiff,           )
                                 )  **STIPULATION AND ORDER;**
    v.                           )  **CONTINUING STATUS CONFERENCE**
                                 )  **AND EXCLUDING TIME**
ROBERT HARPER,                   )
                                 )  Date: March 29, 2012
            Defendant.           )  Time: 9:00 a.m.
_____ )  Judge: Hon. Morrison C. England Jr.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for ROBERT HARPER, that the status conference hearing date of March 8, 2012, be vacated, and the matter be reset for status conference on March 29, 2012 at 9:00 a.m.

The reason for this continuance is to allow for the preparation of a Pre-Plea Presentence Report.  Due to the case load of the probation department, the Pre-Plea Presentence Report has not been completed.

///

///

///

Both the prosecution and defense believe that a Pre-Plea Presentence Report is well-advised in this case, and that the time taken to prepare such a report will ultimately facilitate a negotiated disposition of the case. Counsel for defendant, in particular, desires the Pre-Plea Presentence Report as a tool to help advise and explain to his client the ramifications of a guilty plea in this case, and desires additional time of a few weeks after the receipt of the Pre-Plea Presentence Report to meet and confer with his client to discuss the Pre-Plea Presentence Report and any plea offer from the United States that may arise as result of the preparation of the Pre-Plea Presentence Report.

The parties agree and stipulate that the Court should find the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 to allow defense counsel reasonable time to prepare, from the date of the parties' stipulation, March 5, 2012, to and including March 29, 2012. The parties further stipulate and agree that the Court should find the failure to grant the requested continuance in this case would deny counsel for defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: March 5, 2012                     Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Matthew Scoble
                                         MATTHEW SCOBLE
                                         Designated Counsel for Service
                                         Attorney for ROBERT HARPER

| | |
|---|---|
| DATED: March 5, 2012 | BENJAMIN WAGNER<br>United States Attorney |
| | By: /s/ Matthew Scoble for<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

ORDER

UPON GOOD CAUSE SHOWN, the Court adopts the stipulation of the parties in its entirety as its Order. It is ordered that the March 8, 2012, status conference hearing shall be continued to March 29, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties' stipulation, March 5, 2012, up to and including the March 29, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: March 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE