1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ROBERT HARPER

6

7
                 IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )  No. 2:11-cr-00233-MCE
11                                )
                   Plaintiff,     )
12                                )        **STIPULATION AND ORDER;**
           v.                     )     **CONTINUING STATUS CONFERENCE**
13                                )         **AND EXCLUDING TIME**
   ROBERT HARPER,                 )
14                                )  Date:  May 24, 2012
                   Defendant.     )  Time:  9:00 a.m.
15  _____ )  Judge: Hon. Morrison C. England Jr.

16

17       IT IS HEREBY STIPULATED by and between the parties hereto through

18  their respective counsel, SAMUEL WONG, Assistant United States

19  Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for

20  ROBERT HARPER, that the status conference hearing date of April 26,

21  2012, be vacated, and the matter be reset for status conference on May

22  24, 2012 at 9:00 a.m.

23       The reasons for this continuance is to allow for continued

24  negotiations between the parties.  A Pre-Plea Pre-sentence report will

25  be completed very shortly.  Once the parties have received it and had

26  the opportunity to review it, defense counsel will need additional

27  sufficient time to explain the Pre-Plea Pre-sentence report and the

28  ramifications of any proposed plea agreement to defendant.

In addition, the parties will need additional time to meet and confer regarding a negotiated resolution of the case.

The parties agree and stipulate that the Court should find the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 to allow defense counsel reasonable time to prepare, from the date of the parties' stipulation, April 13, 2012, to and including May 24, 2012. The parties further stipulate and agree that the Court should find the failure to grant the requested continuance in this case would deny counsel for defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED:  April 16, 2012                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender

                                          /s/ Matthew Scoble
                                          MATTHEW SCOBLE
                                          Designated Counsel for Service
                                          Attorney for ROBERT HARPER

DATED:  April 16, 2012                    BENJAMIN WAGNER
                                          United States Attorney

                                    By:   /s/ Matthew Scoble for
                                          SAMUEL WONG
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

///

///

///

///

ORDER

UPON GOOD CAUSE SHOWN, the Court adopts the stipulation of the parties in its entirety as its Order. It is ordered that the April 26, 2012, status conference hearing shall be continued to May 24, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties' stipulation, April 13, 2012, up to and including the May 24, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: April 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3