```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ROBERT HARPER
6
7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )  NO. 2:11-cr-00233-MCE
11                                 )
              Plaintiff,           )
12                                 )   STIPULATION AND ORDER
        v.                         )  CONTINUING STATUS CONFERENCE
13                                 )      AND EXCLUDING TIME
   ROBERT HARPER,                  )
14                                 )  Date: June 21, 2012
              Defendant.           )  Time: 9:00 a.m.
15 _____ )  Judge: Hon. Morrison C. England Jr.

16
17     IT IS HEREBY STIPULATED by and between the parties hereto through
18 their respective counsel, SAMUEL WONG, Assistant United States
19 Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for
20 ROBERT HARPER, that the status conference hearing date of May 24, 2012,
21 be vacated, and the matter be reset for status conference on June 21,
22 2012 at 9:00 a.m.
23     A Pre-Plea Pre-sentence Report has been completed.  The reasons
24 for this continuance is to allow for continued negotiations between the
25 parties and allow defense counsel reasonable time to explain the Pre-
26 Plea Pre-sentence Report to Mr. HARPER.
27 ///
28 ///
```

The parties are now actively negotiating a resolution and additional time will be needed to allow defense counsel time to explain the ramifications of any plea offer to Mr. HARPER. The parties agree and stipulate that the Court should find the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 to allow defense counsel reasonable time to prepare, from the date of the parties' stipulation, May 21, 2012, to and including June 21, 2012. The parties further stipulate and agree that the Court should find the failure to grant the requested continuance in this case would deny counsel for defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: May 21, 2012                         Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender


                                            /s/ Matthew Scoble
                                            MATTHEW SCOBLE
                                            Designated Counsel for Service
                                            Attorney for ROBERT HARPER

DATED: May 21, 2012                         BENJAMIN WAGNER
                                            United States Attorney


                                       By:  /s/ Matthew Scoble for
                                            SAMUEL WONG
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN, the Court adopts the stipulation of the parties in its entirety as its Order. It is ordered that the May 24, 2012, status conference hearing shall be continued to June 21, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties' stipulation, May 21, 2012, up to and including the June 21, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: May 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE