```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW SCOBLE, Bar #237432
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ROBERT HARPER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:11-cr-00233-MCE |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| ROBERT HARPER, | ) |
| | ) Date: July 19, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for ROBERT HARPER, that the status conference hearing date of June 21, 2012, be vacated, and the matter be reset for status conference on July 19, 2012 at 9:00 a.m.

A Pre-Plea Pre-sentence Report has been completed. The reason for this continuance is to allow for continued negotiations between the parties and allow defense counsel reasonable time to explain the Pre-Plea Pre-sentence Report to Mr. HARPER.

///

///

| | |
|---|---|
| 1 | The parties are now actively negotiating a resolution and additional |
| 2 | time will be needed to allow defense counsel time to explain the |
| 3 | ramifications of any plea offer to Mr. HARPER.  The parties agree and |
| 4 | stipulate that the Court should find the ends of justice served by the |
| 5 | granting of such a continuance outweigh the best interests of the |
| 6 | public and the defendant in a speedy trial and that time within which |
| 7 | the trial of this case must be commenced under the Speedy Trial Act |
| 8 | should therefore be excluded under 18 U.S.C. section 3161(h)(7)(A) and |
| 9 | (B)(iv), corresponding to Local Code T-4 to allow defense counsel |
| 10 | reasonable time to prepare, from the date of the parties' stipulation, |
| 11 | June 11, 2012, to and including July 19, 2012.  The parties further |
| 12 | stipulate and agree that the Court should find the failure to grant the |
| 13 | requested continuance in this case would deny counsel for defendant |
| 14 | reasonable time necessary for effective preparation, taking into |
| 15 | account the exercise of due diligence. |

DATED: June 11, 2012                              Respectfully submitted,

                                                                    DANIEL J. BRODERICK
                                                                    Federal Public Defender

                                                                    /s/ Matthew Scoble
                                                                    MATTHEW SCOBLE
                                                                    Designated Counsel for Service
                                                                    Attorney for ROBERT HARPER

DATED: June 11, 2012                              BENJAMIN WAGNER
                                                                    United States Attorney

                                               By:  /s/ Matthew Scoble for
                                                        SAMUEL WONG
                                                        Assistant U.S. Attorney
                                                        Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN, the Court adopts the stipulation of the parties in its entirety as its Order. It is ordered that the June 21, 2012, status conference hearing shall be continued to July 19, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties' stipulation, June 11, 2012, up to and including the July 19, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: June 13, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3