1 BENJAMIN B. WAGNER
United States Attorney
2 SAMUEL WONG
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2772

5

6

7

8        IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )
                                       )  Case No. 2:11-CR-00233-MCE
12           Plaintiff,                )
                                       )  STIPULATION AND ORDER
13      v.                             )  CONTINUING STATUS CONFERENCE
                                       )  DATE AND EXCLUDING TIME
14                                     )  UNDER THE SPEEDY TRIAL ACT
   ROBERT MATHEW HARPER,               )
15                                     )  Date:  July 19, 2012
             Defendant.                )  Time:  9:00 a.m.
16                                     )  Court: Hon. Morrison England
   _____)

17

18      It is hereby stipulated and agreed by and between plaintiff

19 United States of America, on the one hand, and defendant Robert

20 Mathew Harper, on the other hand, through their respective

21 attorneys, that:

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28
   STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING
                                                       1

1 (1) the presently set July 19, 2012, status conference hearing

2 shall be continued to August 2, 2012, at 9:00 a.m.; and (2) time

3 from the date of the parties' stipulation, July 13, 2012,

4 through, and including, August 2, 2012, shall be excluded from

5 computation of time within which the trial of this matter must be

6 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §

7 3161(h)(7)(A) and (B)(iv) and Local Code T4, both pertaining to

8 continuity of counsel for the United States.

9     The undersigned counsel for the United States represents

10 that he is unavailable for a status conference on July 19, 2012,

11 as he must attend to the care of a family member who will be

12 undergoing a medical procedure that day, but will be available on

13 August 2, 2012.  Defense counsel has advised that defendant

14 Harper will be entering a change of plea pursuant to a Plea

15 Agreement between the parties at the August 2, 2012, hearing.

16 Counsel for the United States believes that it is necessary for

17 him to attend the change of plea hearing as the factual basis for

18 Harper's guilty plea is factually complicated and would be

19 difficult for another prosecutor who is unfamiliar with the case

20 to handle without a very significant amount of preparation.

21     Accordingly, the parties stipulate and agree that there is

22 good cause to continue the presently set July 19, 2012, status

23 conference hearing to August 2, 2012.  Based on these facts, the

24 parties stipulate and agree that the trial delay and exclusion of

25 time requested herein is necessary to provide continuity of

26 counsel for the United States.

27 ///

28

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING

1  The parties further stipulate and agree that the ends of justice

2  to be served by granting the requested continuance outweigh the

3  best interests of the public and the defendant in a speedy trial.

4

5  Dated:  July 13, 2012                /s/ Matthew Scoble

6                                       _____
                                        MATTHEW SCOBLE
                                        Assistant Federal Defender
7                                       Attorney for defendant
                                        Robert Mathew Harper
8                                       (per email authorization)

9
   Dated:  July 13, 2012                BENJAMIN B. WAGNER
10                                       UNITED STATES ATTORNEY

11                                       /s/ Samuel Wong
                                    By:  _____
12                                       SAMUEL WONG
                                         Assistant U.S. Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25  ///

26  ///

27  ///

28

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny the United States continuity of counsel.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the July 19, 2012, status conference date shall be continued to August 2, 2012, at 9:00 a.m.  The Court orders that the time from the date of the parties' stipulation, July 13, 2012, to and including the new August 2, 2012, status conference date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4, both pertaining to continuity of counsel for the United States.

Dated: July 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE